HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:20-CR-00212 DAD-BAM |
|---|---|
| Plaintiff, | ) |
| vs. | ) **APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |
| JUAN VIZUETT-RESENDIZ, | ) |
| Defendant, | ) |

Defendant Juan Vizuett-Resendiz, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA panel counsel. Our office has a conflict.

On November 12, 2020, an Indictment was issued in the above captioned case. Mr. Vizuett-Resendiz had an initial appearance on the allegations in the Southern District of California on April 09, 2021, where the court appointed counsel and ordered him released. Counsel is needed in the Eastern District of California to facilitate his appearance on the pending charges.

///

///

///

Therefore, after reviewing his Financial Affidavit it is respectfully recommended that CJA panel counsel Monica Bermudez be promptly appointed.

DATED: May 4, 2021  　　　　　　 */s/ Eric V. Kersten*
　　　　　　　　　　　　　　　　　ERIC V. KERSTEN
　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　Branch Chief, Fresno Office

# **O R D E R**

Having satisfied the Court that the defendant Juan Vizuett-Resendiz is financially unable to retain counsel, the Court hereby appoints CJA panel counsel Monica Bermudez pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: **May 4, 2021**　　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE