**MONICA L. BERMUDEZ**
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Tel: (661)616-2141
Fax: (661)322-7675
Email: monica@lawbermudez.com

Attorney for:
Juan Vizuett Resendiz

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JUAN VIZUETT RESENDIZ <br><br> Defendant | Case No.: 1:20-CR-00212-ADA-BAM <br><br> **DEFENDANTS REQUEST AND WAIVER OF APPEARANCE; AND ORDER** |

Defendant, JUAN VIZUETT RESENDIZ , hereby waives his/her appearance in person in open court upon the STATUS CONFERENCE set for October 25, 2023 at 1:00 p.m in Courtroom 7 of the above entitle court.  Defendant hereby requests the court to proceed in his/her absence and agrees that his/her interest will be deemed represented at said hearing by the presence of his/her attorney, MONICA L. BERMUDEZ.  Defendant further agrees to be present in person in court at all future hearing dates set by the court including the dates for jury trial.

Date: October 23, 2023                                              */s/Juan Vizuett Resendiz*___
                                                                                            JUAN VIZUETT RESENDIZ

Date: October 23, 2023                                              */s/Monica L. Bermudez*____
                                                                                            MONICA L. BERMUDEZ
                                                                                            Attorney for Defendant

DEFENDANTS REQUEST AND WAIVER OF APPEARANCE - 1

**ORDER**

Good cause appearing.

**IT IS HEARBY ORDERED** that defendant, JUAN VIZUETT RESENDIZ is hereby excused from appearing at this court hearing scheduled for October 25, 2023.

IT IS SO ORDERED.

Dated:   **October 23, 2023**              /s/ Barbara A. McAuliffe
                                                                   UNITED STATES MAGISTRATE JUDGE