MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1304 L. Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Facsimile:  (661) 322-7675
Email: monica@lawbermudez.com

Attorney for the Defendant
JUAN VIZUETT-RESENDEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00212-NODJ-BAM |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| v. | DATE:   August 26, 2024 |
| JUAN VIZUETT RESENDEZ | TIME:    8:30 a.m. |
| | JUDGE: NODJ |
| Defendants. | |

**STIPULATION**

Juan Vizuett Resendez, by and through his counsel, Monica L. Bermudez, and the United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on August 26, 2024, at 8:30 a.m.

2. By this stipulation, the parties move to continue sentencing for defendant until December 2, 2024, at 8:30 a.m.

3. The parties request the continuance so that Mr. Resendez can have additional time to get his affairs in order before he is sentenced. Specifically, he is attempting to save money for his children's needs while he s incarcerated.

1

4. AUSA, Stephanie Stockman does not have an objection to this request.

**IT IS SO STIPULATED**.

DATED: August 7, 2024

                                      */s/ Monica L. Bermudez*
                                      MONICA L. BERMUDEZ
                                      Counsel for Defendant
                                      JUAN VIZUETT RESENDEZ

DATED: August 7, 2024

                                      */s/Stephanie Stockman*
                                      STEPHANIE STOCKMAN
                                      Assistant United States Attorney

## **ORDER**

IT IS SO ORDERED that the sentencing hearing is continued from August 26, 2024, to **December 2, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. The Court will not grant further continuances, absent good cause, which will be narrowly construed.

IT IS SO ORDERED.

Dated: __**August 7, 2024**__                          /s/ Barbara A. McAuliffe
                                                         UNITED STATES MAGISTRATE JUDGE