MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1304 L. Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Email: monica@lawbermudez.com

Attorney for the Defendant
JUAN VIZUETT-RESENDIZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>JUAN VIZUETT-RESENDIZ,<br><br>                    Defendants. | CASE NO. 1:20-CR-00212 NODJ-BAM-5<br><br>STIPULATION  AND [PROPOSED] ORDER TO CONTINUE SENTENCING<br><br>DATE:  December 5, 2024<br>TIME:   11:00 a.m. |

**STIPULATION**

Juan Vizuett-Resendiz, by and through his counsel, Monica L. Bermudez, and The United States of America, by and through its counsel of record, hereby stipulates as follows:

1. By previous order and unavailability of the court, this matter was reset from December 2, 2024, to December 5, 2024 (Doc. 171).

2. Counsel has commenced jury trial in the matter of *People v. Tanjae Smith; BF193067A* in the Kern County Superior Court before the Honorable Kenneth Twisselman. Trial is anticipated to last approximately 3 weeks.

3. Mr. Smith is charged with 10 counts of attempted murder, 10 counts of assault, and other various charges which carry an indeterminate life sentence.

1

4. Due to Defense Counsel's unavailability, Counsel believes good cause exists to continue Mr. Vizuett-Resendiz' sentencing to January 27, 202.

5. Counsel has spoken to AUSA Stephanie Stockman and she has no objection to the continuance.

**IT IS SO STIPULATED.**

DATED: November 22, 2024

                                 */s/ Monica L. Bermudez*
                                 MONICA L. BERMUDEZ
                                 Counsel for Defendant
                                 Juan Vizuett-Resendiz

DATED: November 22, 2024

                                 */s/ Stephanie Stockman*
                                 Stephanie Stockman
                                 Assistant United States Attorney

## O R D E R

**IT IS SO ORDERED** that the sentencing set on December 5, 2024 , be vacated and reset to January 27, 2025.

DATED: November 25, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE