**Monica L. Bermudez**
Attorney at Law, SBN 275434
1304 "L" Street
Bakersfield, CA 93301
Tel: (661) 616-2141
monica@lawbermudez.com

Attorney for
JUAN VIZUETT RESENDIZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:20-CR-212-TLN-BAM |
| Plaintiff, | **ORDER TO ALLOW DEFENDANT TO TRAVEL OUT OF DISTRICT** |
| vs. | |
| JUAN VIZUETT RESENDIZ, | |
| Defendant, | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE TROY L. NUNLEYAND STEPHANIE STOKMAN, ASSISTANT UNITED STATES ATTORNEY:

    COMES NOW defendant, Juan Vizuett Resendiz, by and through his attorney of record, MONICA L. BERMUDEZ, hereby requesting to allow defendant to travel out of the district.

    Mr. Vizuett has informed my office that he would like to travel to Las Vegas, NV to visit family for a 50th birthday celebration. He plans on traveling by automobile with his brother Efrain Vizuett and sister Maria Vizuett along with nephews and nieces. He anticipates leaving Escondido, CA on Saturday, March 15, 2025, at 5:00 a.m. and will return Sunday March 16, 2025, by 6:00 p.m. The drive will take approximately 5 hours. He will stay with his cousin Adriana Vizuett Jimenez at 1733 Goldhill Ave, Las Vegas NV 89106.

    Mr. Vizuett currently resides in Escondido, CA and is on supervised release and is being supervised by United States Pretrial Services Officer Marcia Flores. My office spoke to Officer

Flores on February 21, 2025, and she had no objection to travel request. He has no violations since being placed on release and checks in with Officer Flores as ordered by the court.

Mr. Vizuett Resendiz self-surrender date is April 4, 2025.

Respectfully Submitted,

DATED: February 24, 2025

*/s/ Monica L. Bermudez*
MONICA L. BERMUDEZ
Attorney for Defendant
Juan Vizuett Resendiz

# ORDER

GOOD CAUSE APPEARING, IT IS SO ORDERED that defendant is allowed to travel out of district from March 15, 2025, through March 16, 2025.  **Mr. Vizuett is ordered to check in with Officer Flores once he arrives back home in San Diego.**

IT IS SO ORDERED.

DATED: March 7, 2025

_____
Troy L. Nunley
Chief United States District Judge