**MONICA L. BERMUDEZ**
Attorney at Law, SBN 275434
1304 L Street.
Bakersfield, CA 93301
Tel: (661) 616-2141
monica@lawbermudez.com

Attorney for:
Juan Vizuett-Resendiz

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN VIZUETT-RESENDIZ,<br><br>Defendant | Case No.: 1:20-00212 TLN-BAM<br><br>**ORDER TO EXTEND SURRENDER DATE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE TROY L. NUNLEY, AND STEPHANIE STOKMAN, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, Juan Vizuett-Resendiz, by and through his attorney of record, MONICA L. BERMUDEZ hereby requesting that the surrender date of the defendant, Juan Vizuett-Resendiz, herein, be extended from April 4, 2025, to May 2, 2025, at 12:00 p.m., for the following reason(s):

Mr. Vizuett-Resendiz received notice by the United States Marshals Office of his designated facility, which is Federal Correctional Institution, in Oakdale, Louisiana. Mr. Vizuett-Resendiz currently resides in San Diego, California. Mr. Vizuett-Resendiz wishes to report to Oakdale, Louisiana directly to avoid a delay in being housed and is requesting additional time to obtain the funds for air travel. Based on the foregoing, it is requested good cause be found to extend the surrender date to the aforementioned date.

|   |   |
|---|---|
| | Respectfully Submitted, |
| DATED: March 26, 2025 | */s/ Monica L. Bermudez* |
| | MONICA L. BERMUDEZ |
| | Attorney for Defendant |
| | Juan Vizeutt-Resendiz. |

**ORDER**

**IT IS SO ORDERED** that the defendant's surrender date is extended to May 2, 2025, at 12:00 p.m.

Dated: March 27, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE