Monica L. Bermudez, BAR #275434
Attorney at Law
1304 "L" St
Bakersfield, CA 93306
Telephone: 661-616-2141
monica@lawbermudez.com

Attorney for Defendant Juan Vizuett-Resendiz

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN VIZUETTE-RESENDIZ,<br><br>Defendant. | No. 1:20-CR-00212-TLN-BAM<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF MONICA L BERMUDEZ AS ATTORNEY OF RECORD; ORDER** |

On November 12, 2020, Defendant Juan Vizuett-Resendiz was indicted on federal charges. CJA Panel Attorney Monica L. Bermudez was appointed as counsel to represent Mr. Vizuett-Resendiz in his criminal case on May 4, 2021. Mr. Vizuett-Resendiz was sentenced pursuant to a plea agreement on February 3, 2025. The time for filing a direct appeal was February 18, 2025. No direct appeal was filed, and he was not in custody at sentencing. Mr. Vizuett-Resendiz criminal case has now therefore come to an end. Having completed her representation of Mr. Vizuett-Resendiz, CJA attorney Monica L. Bermudez now moves to terminate her appointment under the Criminal Justice Act.

Should Mr. Vizuett-Resendiz require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street,

Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: 05/05/2025                                             Respectfully submitted,

                                                              */s/ Monica L. Bermudez*
                                                              Monica L. Bermudez,
                                                              Attorney for Defendant
                                                              Juan Vizuett-Resendiz

## ORDER

Having reviewed the notice and found that attorney Monica L. Bermudez has completed the services for which she was appointed, the Court hereby grants attorney Monica L. Bermudez's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Juan Vizuett-Resendiz at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Oakdale II FCI

Juan Vizuett-Resendiz Register Number: 38897-509

PO BOX 5010

Oakdale, LA 71463

**IT IS SO ORDERED.**

Dated: May 5, 2025                                            _____
                                                              TROY L. NUNLEY
                                                              CHIEF UNITED STATES DISTRICT JUDGE