**MONICA L. BERMUDEZ**
Attorney at Law, SBN 275434
1304 "L" St
Bakersfield, CA 93301
Tel: (661) 616-2141
monica@lawbermudez.com

Attorney for:
Juan Vizuett Resendiz

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:20-CR-00212 TLN-BAM |
| Plaintiff, | **ORDER re DEFENDANT'S UNOPPOSED MOTION TO EXONERATE BOND** |
| vs. | |
| JUAN VIZUETT RESENDIZ, | Judge: Hon. Troy L. Nunley |
| Defendant | |

Defendant Juan Vizuett Resendiz hereby moves the court under Fed R. Crim. P. 46(g) for exoneration of the $3,500 cash bond posted on his behalf by Maria Vizuett Resendiz.

Mr. Vizuett Resendiz appeared before the U.S District Court Southern District of California on April 9, 2021, and was ordered release on conditions. (ECF Dkt #3). Pursuant to the terms of his release (ECF Dkt #6), on April 9, 2021, Maria Vizuett Resendiz posted a $3,500 cash bond on his behalf on April 20, 2021. The case was then transferred to the U.S. District Court Eastern District of California on May 5, 2021.

Mr. Vizuett Resendiz was sentenced on February 3, 2025, and ordered self-surrender to the United States Bureau of Prisons (BOP) on May 2, 2025. Mr. Resendiz surrendered to Oakdale II FCI, in Oakdale, LA on May 2, 2025. He is currently serving his term of imprisonment at that location.

1  Pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure, since no conditions of
2  the bond remain unsatisfied, Mr. Vizuett Resendiz requests that the $3,500 cash bond be
3  exonerated and reconveyed to Maria Vizuett Resendiz. It is also requested the bond be mailed to
4  address 1132 N Broadway Unit 7 Escondido, CA 92026.

6  On May 28, 2025, undersigned counsel confirmed with AUSA Stephanie Stockman that
7  the government does not oppose this motion.

Respectfully Submitted,

DATED: May 29, 2025

*/s/* **Monica L. Bermudez**
MONICA L. BERMUDEZ
Attorney for Defendant
JUAN VIZUETT RESENDIZ

**ORDER**

The Court finds that Juan Vizuett Resendiz has complied with the conditions of his release and that no conditions remain to be satisfied. **IT IS HERE BY ORDERED** that the Clerk of the Court exonerate the $3,500 cash bond in the above-captioned case and reconvey the cash to Maria Vizuett Resendiz who originally posted the cash bond.

Dated: 5/30/2025

*Sheila K. Oberto*
Sheila K. Oberto
United States Magistrate Judge